## SIMONDS v. HAYDEN AND LUCAS.

A motion to dismiss on the ground that the writ commands the officer to arrest the body of the defendant, and also to attach his goods, is properly denied when it appears that a motion to quash the writ for the same cause was made at the return term, and no bill of exceptions to the denial of that motion was filed within the time limited therefor.

TROVER, for eighty-five cords of wood. Facts found by the court, which need not be stated.

The writ commanded the officer to arrest the bodies of the defendants, or to attach their goods or estate; also to attach the money, &c., of Lucas in the hands and possession of Cyrus Taylor. Hayden was arrested, and gave bail. The funds of Lucas in the hands of Taylor were attached. At the return term of the writ the defendants appeared specially, and moved to quash the writ. The motion was denied, and an order made that the defendants' bill of exceptions be filed in ten days. It did not appear that they complied with the order. At this term, and before the trial, the defendants moved to dismiss because the writ was served by arrest and by attachment of property. The motion was denied, and the defendants excepted.

*Fling & Chase*, for the plaintiff.

*Daniel Barnard* and *K. E. Dearborn*, for the defendants.

BINGHAM, J. No exception was taken to the denial of the

motion to dismiss made at the return term of the writ. The renewal of the motion at the term of the trial was properly denied. On the facts found in the case no other question of law arises.

*Judgment for the plaintiff.*

SMITH, J., did not sit: the others concurred.